IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILNER VAL SAINT,**

    **Plaintiff,**

vs.                                 **CASE NO. 5:11-cv-302/RS-CJK**

**FEDERAL BUREAU OF PRISONS, et al.,**

    **Defendants.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 18) and Plaintiff's Written Objections (Doc. 19).  I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Second Amended Complaint (Doc. 17) is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and (2), because it fails to state a claim upon which relief may be granted and seeks monetary relief from a defendant who is immune from such relief.

3. The clerk is directed to close the file.

**ORDERED** on November 17, 2011.

                                                 /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**